# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Allstar Marketing Group, LLC.

          Plaintiff,

v.              Case No.:
                1:24–cv–08648
                Honorable Manish S. Shah

The Partnerships and Unincorporated Associations
Identified on Schedule A

          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2024:

   MINUTE entry before the Honorable Manish S. Shah: Plaintiff's ex parte motions are granted in part, and no appearance on 10/8/24 is necessary. The court concludes that if defendants are alerted to this case before an injunction can issue, they may take steps to evade detection, defeating plaintiff's efforts to enforce its intellectual property. The court has some doubts about whether, for example, describing a product as Aqua Glass Self Watering Globes is infringing of plaintiff's trademark. See [17–4] at 38. The court also doubts that the damages from an infringing use in search optimization is necessarily the revenue from a product sale (once a product is listed in a search return, the decision to buy the product is not necessarily based on the infringement). The likelihood of success on the merits against every defendant is not strong. But on the sliding scale approach, with some likelihood of success and the irreparable harm that comes from any infringement of plaintiff's trademark, injunctive relief is appropriate. There is no harm to a defendant from being ordered to stop infringement. The court declines to restrain any assets. An accounting can be accomplished through discovery of sales records and restraining assets is too harmful to defendants. Good cause exists to authorize expedited discovery to identify defendants and conduct an accounting. Electronic service of process does not violate any treaty and is an effective method to communicate with defendants. The court has doubts about joinder but will await adversarial presentation to resolve that issue. Security in the amount of $10,000 is sufficient to secure the TRO. Enter Sealed Temporary Restraining Order. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.